**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 25-1034**

─────────

EDWARD WONG,

        Plaintiff - Appellant,

    v.

TOWN OF UNIVERSITY PARK,

        Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Lydia Kay Griggsby, District Judge.  (8:24-cv-01822-LKG)

─────────

Submitted:  February 19, 2026           Decided:  February 23, 2026

─────────

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Edward Wong, Appellant Pro Se.  Raymond Robert Mulera, LOCAL GOVERNMENT INSURANCE TRUST, Hanover, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Wong appeals the district court's order dismissing his civil action for failure to prosecute and failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wong v. Town of Univ. Park*, No. 8:24-cv-01822-LKG (D. Md. Dec. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*